UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEVERAGE HEALTH SOLUTIONS, LLC,

                           Plaintiff,                    No. 20-CV-8577 (KMK)

    v.                                               ORDER

VIDA HEALTH, INC.,

                           Defendant.

KENNETH M. KARAS, District Judge:

      At the Conference on March 9, 2021, the Court adopted the following schedule: Defendant shall submit its Motion To Dismiss by no later than April 9, 2021. Plaintiff's Opposition shall be due by no later than May 7, 2021. Defendant shall submit its Reply by no later than May 21, 2021.

      Counsel are reminded that there is a strict page limit. If oral argument is requested, it may be scheduled by the Court.

SO ORDERED.

DATED:    March 9, 2021
                White Plains, New York

                                                               KENNETH M. KARAS
                                                               UNITED STATES DISTRICT JUDGE